# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01780-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

KENNETH ROSHAUN REID,

    Applicant,

v.

C. DANIELS,

    Respondent.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant, Kenneth Roshaun Reid, is a federal prisoner housed in the State of Colorado. Mr. Reid has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order. Mr. Reid will be directed to cure the following if he wishes to pursue his claims. Any papers that Mr. Reid files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   ___    is not submitted
(2)   ___    is missing affidavit
(3)   ___    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   _X_    is missing certified statement showing current balance in prison account

(5) __ is missing required financial information
(6) __ is missing an original signature by the prisoner
(7) __ is not on proper form (must use the court's current form)
(8) __ names in caption do not match names in caption of complaint, petition or habeas application
(9) __ An original and a copy have not been received by the court. Only an original has been received.
(10) __ other:

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) __ is not on proper form (must use the court's current form)
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. ___
(15) __ uses et al. instead of listing all parties in caption
(16) __ An original and a copy have not been received by the court. Only an original has been received.
(17) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __ names in caption do not match names in text
(19) __ other:

Accordingly, it is

ORDERED that the Mr. Reid cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Mr. Reid files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that, if the Mr. Reid fails to cure the designated deficiency **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED at Denver, Colorado, this __10th__ day of ____July____, 2012.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge