**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01780-LTB

KENNETH ROSHAUN REID,

    Applicant,

v.

C. DANIELS,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    At issue is the Letter, ECF No. 19, Applicant submitted on October 5, 2012, requesting that a copy of the Application filed in this case be sent to the Tenth Circuit. The request is denied as unnecessary. The record in this case was transmitted to the Tenth Circuit on August 27, 2012.

Dated:  October 9, 2012